===============================================================================

## \* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

_____*NORTHERN*_____  **DISTRICT OF**  _____*NEW YORK*_____

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO 5:12-CV-0199 (LEK)**

**ARNOLD L. TYLER,**

        **Plaintiff,**

  v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

        **Defendant.**

_____ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___XX___ **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in the above entitled case, the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated August 01, 2014.

**DATE:** __August 01, 2014__

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

Scott A. Snyder
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**